## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JARED SIMMONS,
an Oklahoma resident,

                              Plaintiff,

v.                                                    No. CIV-04-507-T

LIBERTY MUTUAL INSURANCE
COMPANY, SCHNEIDER NATIONAL
CARRIERS, INC., and FRANK
ANDREW MESZAROS,

                  Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court has before it the "Stipulation of Dismissal Without Prejudice" filed by
Plaintiff on July 5, 2005.  Although Plaintiff suggests the stipulation was filed pursuant
to Fed.R.Civ.P. 41(a)(1), it is clear that Plaintiff's filing does not satisfy either subpart of
that Rule.  Specifically, Plaintiff's filing does not satisfy Fed.R.Civ.P. 41(a)(1)(i) because
the filing was made *after* Defendants filed their answers.  In addition, Plaintiff's filing
does not satisfy Fed.R.Civ.P. 41(a)(1)(ii) because the stipulation of dismissal was not
"signed by all parties who have appeared in the action."[1]

Thus, the Court construes Plaintiff's filing as a request for dismissal pursuant to
Fed.R.Civ.P. 41(a)(2).  As it appears that the parties are in agreement that Plaintiff
should be permitted to dismiss his claims without prejudice, the Court grants Plaintiff's
request and dismisses his claims without prejudice.

---

[1] Although the proposed order submitted by Plaintiff purports to be signed by counsel for
all parties, the Rule requires the stipulation to be signed by all parties.  Id.

IT IS SO ORDERED this  5th  day of July, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE